IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN GROSHANS, | ) | CASE NO. 4:07CV3269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKAL SECURITY INC. and THE | ) | ORDER |
| UNITED STATES MARSHALS | ) | |
| SERVICE, an Agency of the United | ) | |
| States of America; JOHN F. CLARK, | ) | |
| Director of the United States Marshals | ) | |
| Service; THE UNITED STATES OF | ) | |
| AMERICA; MICHAEL B. | ) | |
| MUKASEY, Attorney General of the | ) | |
| United States; and THE UNITED | ) | |
| STATES DEPARTMENT OF | ) | |
| JUSTICE; an agency of the United | ) | |
| States of America, | ) | |
| | ) | |
| Defendants. | ) | |

The Parties are required to meet certain Rule 26 reporting requirements in the case by June 3, 2008 (filing 31). The Federal Defendants' deadline for filing an Answer in this matter was May 29, 2008. On May 29, 2008, the Federal Defendants filed a Motion to Dismiss the Complaint (filing 32). Also on May 29, 2008, the Federal Defendants filed a Motion to Stay the Rule 26 Reporting Requirements and their Answer deadline (filing 35).

The Motion to Stay the Rule 26 Reporting Requirements and Answer deadline is unopposed by Plaintiff and the co-Defendant.

IT IS ORDERED:

The unopposed Motion to Stay Rule 26 Reporting Requirements and Federal Defendants' Answer (filing 35) is granted. The Parties' Rule 26 Report will be due 30 days after resolution of the Federal Defendants' Motion to Dismiss. The Federal Defendants' Answer will be due 10 days after resolution of the Motion to Dismiss.

DATED this 2nd day of June, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge