IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN GROSHANS, | ) | 4:07CV3269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| AKAL SECURITY INC. and THE UNITED STATES MARSHALS SERVICE, an Agency of the United States of America; JOHN F. CLARK, Director of the United States Marshals Service; THE UNITED STATES OF AMERICA; MICHAEL B. MUKASEY, Attorney General of the United States; and THE UNITED STATES; and THE UNITED STATES DEPARTMENT OF JUSTICE; an agency of the United States of America, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

A motion to dismiss filed by the federal defendants (all defendants other than Akal Security Inc.) is pending. (Filing 32.) In response to the motion, Plaintiff has filed a Notice of Dismissal (filing 37), stating that the complaint is dismissed against the federal defendants. Fed. R. Civ. P. 41(a)(1)(A)(i) permits a voluntary dismissal by a plaintiff before the opposing party has served an answer or motion for summary judgment. I will deny the motion to dismiss as moot, and dismiss the action against the federal defendants.

Accordingly,

IT IS ORDERED:

1. Pursuant to the Notice of Dismissal filed by Plaintiff (filing 37) and Fed. R. Civ. P. 41(a)(1)(A)(i), this action is dismissed against The United

    States Marshals Service, John F. Clark, The United States of America, Michael B. Mukasey, and The United States Department of Justice (collectively, the "Federal Defendants");

2.     The Motion to Dismiss filed by the Federal Defendants ([filing 32](filing 32)) is denied as moot; and

3.     The sole remaining defendant in this action is Akal Security Inc.

June 20, 2008.                      BY THE COURT:

                                            *s/Richard G. Kopf*
                                            United States District Judge