IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN GROSHANS, | ) | 4:07CV3269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| AKAL SECURITY INC. and THE UNITED STATES MARSHALS SERVICE, an Agency of the United States of America; JOHN F. CLARK, Director of the United States Marshals Service; THE UNITED STATES OF AMERICA; MICHAEL B. MUKASEY, Attorney General of the United States; and THE UNITED STATES; and THE UNITED STATES DEPARTMENT OF JUSTICE; an agency of the United States of America, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

All defendants other than Akal Security Inc. ("Akal") were previously dismissed from this action. (Filing 38.) Plaintiff and Akal have now filed a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Filing 39.) I will grant the motion and enter judgment dismissing this action.

Accordingly,

IT IS ORDERED:

1. Pursuant to the joint Notice of Dismissal (filing 39) and Fed. R. Civ. P. 41(a)(1)(A)(i), this action is dismissed against Akal Security Inc.; and

2. Judgment dismissing this action will be entered by separate order.

June 27, 2008.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge